■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT L. POLLOCK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ARNOLD, Appellant.— Two judgments of the Supreme Court, Kings County, one rendered December 17, 1963 as to appellant Pollock and one rendered January 3, 1964 as to appellant Arnold, affirmed. No opinion. (See 26 A D 2d 684.) Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

## THIRD DEPARTMENT, DECEMBER, 1966

## (December 5, 1966)

■    MABELLE H. WHITFIELD, Respondent, v. ROBERT D. WHITFIELD, Appellant.— Appeal dismissed, without costs, unless appellant shall, on or before December 28, 1966, file and serve record, brief and notice of argument for the term commencing February 6, 1967, in which event motion denied. Motion for a stay denied (see CPLR 5519, subd. [a], par. 2). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.